EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
LARA A. BRADT, CSBN 289036
     Special Assistant United States Attorney
     Social Security Administration, Region IX
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Tel: (415) 977-8921
     Fax: (415) 744-0134
     E-mail: lara.bradt@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHAEL THOMAS RADFORD,    )   No. EDCV 15-1723-KK
                             )
     Plaintiff,             )   **[PROPOSED] JUDGMENT OF**
                             )   **REMAND**
     v.                  )
                             )
CAROLYN W. COLVIN,        )
Acting Commissioner of Social Security, )
                             )
     Defendant.           )

     The Court, having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS

HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned

action is remanded to the Commissioner of Social Security for further proceedings

consistent with the Stipulation to Remand.

Date:  April 13, 2016               _____
                                     HON. KENLY KIYA KATO
                                     UNITED STATES MAGISTRATE JUDGE

-1-